# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Michael J. Peluso, Debtor, | )<br>) |
| Appellant, | ) **ORDER**<br>) |
| vs. | )<br>) |
| Gene W. Doeling, Trustee, | ) Case No. 1:18-cv-224<br>) |
| Appellee. | ) |

**IT IS ORDERED:**

1. Appellant's brief is due by March 25, 2019;

2. Appellee's brief is due by April 25, 2019; and

3. Appellant's reply brief is due by May 6, 2019.

Dated this 7th day of February, 2019.

                                                                     */s/ Charles S. Miller, Jr.*
                                                                      Charles S. Miller, Jr., Magistrate Judge
                                                                       United States District Court